UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ellen M. McDowell, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
emcdowell@mcdowelllegal.com

**Order Filed on September 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Vanessa H. Douglass,

       Debtor.

Case No.:   18-11548

Chapter:   13

Judge:   ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ellen M. McDowell_____, the applicant, is allowed a fee of $ _____800.00_____ for services rendered and expenses in the amount of $_____-0-_____ for a total of $_____800.00_____ . The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____414.00_____ per month for _45 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*