UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Ellen M. McDowell, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
emcdowell@mcdowelllegal.com

**Order Filed on September 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Vanessa H. Douglass,

                Debtor.

Case No.:  18-11548

Chapter:  13

Judge:  ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Ellen M. McDowell_____, the applicant, is allowed a fee of $ ___800.00___ for services rendered and expenses in the amount of $___-0-___ for a total of $___800.00___ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___414.00___ per month for _45 remaining_ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Vanessa H. Douglass  
     Debtor

Case No. 18-11548-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 20, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.  
db             +Vanessa H. Douglass,   65 East Collings Ave.,   Collingswood, NJ 08108-1509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:  
          Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION  
           craig.keiser@phelanhallinan.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Ellen M. McDowell    on behalf of Debtor Vanessa H. Douglass emcdowell@mcdowelllegal.com,  
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
           kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION nj.bkecf@fedphe.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                          TOTAL: 8