IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:   VANESSA H. DOUGLASS                             Case No.   18-11548 - ABA

**Debtor(s)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SELENE FINANCE LP | U.S. BANK NATIONAL ASSOCIATION |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SELENE FINANCE LP
9990 RICHMOND AVENUE
SUITE 400 SOUTH
HOUSTON, TX 77042-4546

Court Claim # (if known): 1
Amount of Claim: $189,063.18
Date Claim Filed: March 21, 2018

Phone:   877-735-3637
Last Four Digits of Acct #:   2132

Phone:   800-365-7772
Last Four Digits of Acct #:   8469

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:   2132

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Robert J. Davidow                             Date:   July 23, 2019
      Transferee/Transferee's Agent

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>824702<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for SELENE FINANCE LP | |
| In Re:<br><br>Vanessa H. Douglass | Case No: 18-11548 - ABA<br><br>Judge: Andrew B. Altenburg, Jr<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Jason Seidman:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents SELENE FINANCE LP in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On July 23, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Transfer of Claim

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: July 23, 2019                /s/ *Jason Seidman*
                                                        Jason Seidman

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Vanessa H. Douglass<br>65 East Collings Avenue, Collingswood, NJ 08108 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Ellen McDowell, Esquire<br>46 W. Main Street<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.