**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

IN RE:                                                      CASE NO.: 18-11548-ABA
                                                                      CHAPTER 13

**Vanessa H. Douglass,**

   **Debtor**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of SELENE FINANCE LP ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                         RAS Crane, LLC
                                         Authorized Agent for Secured Creditor
                                         10700 Abbott's Bridge Road, Suite 170
                                         Duluth, GA 30097
                                         Telephone: 470-321-7112
                                         Facsimile: 404-393-1425
                                         By: /s/Harold Kaplan
                                         Harold Kaplan, Esquire
                                         Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 20, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Ellen M. McDowell
MCDOWELL LAW, PC
46 W. MAIN ST.
MAPLE SHADE, NJ 08052

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

VANESSA H. DOUGLASS
65 EAST COLLINGS AVE.
COLLINGSWOOD, NJ 08108

                                                                                       RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Harold Kaplan
Harold Kaplan, Esquire
Email: hkaplan@rasnj.com