| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>804898<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for SELENE FINANCE LP |

In Re:

VANESSA H. DOUGLASS

Case No:  18-11548 - ABA

Judge:  Andrew B. Altenburg, Jr

Chapter:  13

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified

below has been:

☐ Settled          ☒ Withdrawn

Matter: Notice of Appearance and Request for Service of Notice filed by Nicholas V. Rogers on behalf of U.S. BANK NATIONAL ASSOCIATION (Doc 13)

Date:   January 17, 2020              /s/ Robert J. Davidow
                                        Signature

*rev.8/1/15*