# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

IN RE: §
§    **CASE NO. 18-11548-ABA**
**VANESSA H. DOUGLASS** §
   **DEBTOR** §

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Specialized Loan Servicing, LLC**  |  Selene Finance LP
Name of Transferee  |  Name of Transferor

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx3460**

Court Claim # (if known): 1-1
Amount of Claim: $189,063.18
Date Claim Filed: 03/21/2018

Phone: 877-735-3637
Last Four Digits of Acct.#: 2132

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx3460**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Peter Knapp          Date: _____ 08/24/2020 _____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

5123-N-2741

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BonialPC.com
Authorized Agent for Creditor

In Re:

Vanessa H. Douglass

                                          Debtor.

Case No : 18-11548-ABA

Chapter: 13

Adv. No.:_____

Hearing Date: _____ at _____

Judge: Andrew B. Altenburg, Jr.

### CERTIFICATION OF SERVICE

1.  I, <u>Peter Knapp</u> :

    ☑  represent the <u>Creditor</u> in this matter.

    ☐  am the secretary/paralegal for _____, who represents the

       _____ in this matter.

    ☐  am the _____ in this case and am representing myself.

2.  On <u>08/25/202</u>0 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    •  Transfer of Claim

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

08/25/2020_____          /s/ Peter Knapp_____
Date                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Vanessa H. Douglass<br>65 East Collings Ave.<br>Collingswood, NJ 08108 | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable. *) |
| Ellen M. McDowell<br>McDowell Law, PC<br>46 W. Main St.<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Other: NEF, per D.N.J LBR 5005-1<br>    (As authorized by the Court or by rule.<br>    Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.