| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

In Re:

VANESSA H. DOUGLASS
    DEBTOR

Case No.:      18-11548

Chapter:      13

Judge:      Altenburg, Andrew B., Jr.

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Specialized Loan Servicing LLC, creditor
(Example: John Smith, creditor)

Old address:      Specialized Loan Servicing LLC
                       8742 Lucent Blvd, Suite 300
                       Highlands Ranch, CO 80129

New address:      Specialized Loan Servicing LLC
                       6200 S. Quebec Street
                       Greenwood Village, CO 80111

New phone no.: n/a
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    10/27/2020                          /s/ Natalie Lea as Authorized Agent for Creditor
                                                            Signature

*rev.2/1/16*

5123-N-2741