Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-11548 (ABA)**

Vanessa H. Douglass  
65 East Collings Avenue  
Collingswood, NJ  08108

Monthly Payment: $426.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/13/2020 | $426.00 | 02/24/2020 | $426.00 | 03/09/2020 | $426.00 | 04/20/2020 | $426.00 |
| 05/18/2020 | $450.00 | 06/04/2020 | $426.00 | 06/15/2020 | $426.00 | 07/28/2020 | $426.00 |
| 08/11/2020 | $426.00 | 10/16/2020 | $426.00 | 12/14/2020 | $426.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | VANESSA H. DOUGLASS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $1,993.93 | $1,993.93 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | MIDLAND FUNDING, LLC | 33 | $455.00 | $0.00 | $455.00 | $0.00 |
| 2 | Eos Cca | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | EQUIFAX CREDIT INFORMATION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PALISADES COLLECTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | STATE OF NEW JERSEY | 28 | $262.02 | $0.00 | $262.02 | $0.00 |
| 10 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | TRANSUNION, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SPECIALIZED LOAN SERVICING, LLC | 24 | $14,003.09 | $9,398.09 | $4,605.00 | $3,861.09 |
| 14 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND FUNDING, LLC | 33 | $453.30 | $0.00 | $453.30 | $0.00 |
| 17 | STATE OF NEW JERSEY | 33 | $8,585.19 | $0.00 | $8,585.19 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2018 | 8.00 | $394.00 |
| 10/01/2018 | 5.00 | $414.00 |
| 03/01/2019 | 40.00 | $426.00 |
| 07/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,710.00 |
| Total paid to creditors this period: | $4,261.09 |
| Undistributed Funds on Hand: | $390.22 |
| Arrearages: | ($88.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**