Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  18−11548−ABA
           Chapter:  13
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vanessa H. Douglass
   65 East Collings Ave.
   Collingswood, NJ 08108

Social Security No.:
   xxx−xx−3777

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             April 20, 2021
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*60* − Certification in Opposition to Certification of Default (related document:59 Creditor's Certification of Default (related document:30 Motion for Relief from Stay re: 65 EAST COLLINGS AVENUE, COLLINGSWOOD, NJ 08108. Fee Amount $ 181. filed by Creditor U.S. BANK NATIONAL ASSOCIATION, 36 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of SPECIALIZED LOAN SERVICING LLC. Objection deadline is 03/26/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor SPECIALIZED LOAN SERVICING LLC) filed by Ellen M. McDowell on behalf of Vanessa H. Douglass. (Attachments: # 1 Certificate of Service) (McDowell, Ellen)

and transact such other business as may properly come before the meeting.


Dated: March 29, 2021
JAN: eag

                                                          Jeanne Naughton
                                                          Clerk