| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L.** *Formed in the State of Florida* Gavin N. Stewart, Esq. *Of Counsel to Bonial & Associates, P.C.* 401 East Jackson Street, Suite 2340 Tampa, FL 33602 Tel: 813-371-1231/Fax: 813-371-1232 E-mail: gavin@stewartlegalgroup.com *Attorney for Creditor* |
| In re: Vanessa H. Douglass                                        Debtor. |

Chapter 13

Case No. 18-11548-ABA

Hearing Date: May 11, 2021

Judge Andrew B. Altenburg, Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Certification of Default** (Doc. No. 62).

Dated: April 19, 2021

                           Stewart Legal Group, P.L.
                           Attorney for Toyota Motor Credit Corporation

         By:     */s/Gavin N. Stewart*
                  Gavin N. Stewart