Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−11548−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Vanessa H. Douglass
  65 East Collings Ave.
  Collingswood, NJ 08108

Social Security No.:
  xxx−xx−3777

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 7/16/21 at 09:00 AM

to consider and act upon the following:

73 − Response to (related document:71 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/2/2021. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Ellen M. McDowell on behalf of Vanessa H. Douglass. (Attachments: # 1 Certificate of Service) (McDowell, Ellen)

Dated: 6/2/21

              Jeanne Naughton
              Clerk, U.S. Bankruptcy Court