# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: §
§   **CASE NO. 18-11548-ABA**
**VANESSA H. DOUGLASS** §
**DEBTOR** §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| VRMTG Asset Trust, U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee C/O Specialized Loan Servicing LLC | Specialized Loan Servicing LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx3460**

Court Claim # (if known): 1-1
Amount of Claim: $189,063.18
Date Claim Filed: 03/21/2018

Phone: (800) 315-4757
Last Four Digits of Acct.#: xxxx3460

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

Phone:
Last Four Digits of Acct #: **xxxxxx3460**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthew Tillma                    Date:            12/30/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
Telephone: (972) 643-6600
POCInquiries@BonialPC.com
Authorized Agent for Creditor

In Re:

Vanessa H. Douglass

Debtor.

Case No : 18-11548-ABA

Chapter: 13

Judge: Andrew B. Altenburg, Jr.

## CERTIFICATION OF SERVICE

1. I, <u>Matthew Tillma</u>:

    ☒ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>12/30/2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

12/30/2021                                /s/ Matthew Tillma
Date                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Vanessa H. Douglass<br>65 East Collings Ave.<br>Collingswood, NJ 08108 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable. *) |
| Ellen M. McDowell<br>McDowell Law, PC<br>46 W. Main St.<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill, New Jersey 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>   (As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                    5123-N-2741