Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-11548 (ABA)

Vanessa H. Douglass  
65 East Collings Avenue  
Collingswood, NJ  08108

Monthly Payment: $457.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/18/2022 | $495.00 | 01/24/2022 | $495.00 | 04/04/2022 | $495.00 | 05/16/2022 | $495.00 |
| 06/27/2022 | $495.00 | 07/11/2022 | $1,554.00 | 08/22/2022 | $495.00 | 08/25/2022 | $495.00 |
| 10/11/2022 | $457.00 | 10/31/2022 | $457.00 | 12/12/2022 | $457.00 | 12/15/2022 | $457.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | VANESSA H. DOUGLASS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $1,993.93 | $1,993.93 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $900.00 | $900.00 | $0.00 | $900.00 |
| 1 | MIDLAND FUNDING, LLC | 33 | $455.00 | $0.00 | $455.00 | $0.00 |
| 2 | Eos Cca | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | EQUIFAX CREDIT INFORMATION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | PALISADES COLLECTIONS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | PRESSLER, FELT & WARSHAW, LLP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | STATE OF NEW JERSEY | 28 | $262.02 | $0.00 | $262.02 | $0.00 |
| 10 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | TRANSUNION, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | U.S. BANK, N.A. | 24 | $14,003.09 | $13,610.88 | $392.21 | $1,506.74 |
| 14 | TOYOTA MOTOR CREDIT CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 15 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND FUNDING, LLC | 33 | $453.30 | $0.00 | $453.30 | $0.00 |
| 17 | STATE OF NEW JERSEY | 33 | $8,585.19 | $0.00 | $8,585.19 | $0.00 |
| 18 | U.S. BANK, N.A. | 24 | $4,953.25 | $4,492.31 | $460.94 | $1,312.14 |
| 19 | SPECIALIZED LOAN SERVICING, LLC | 13 | $350.00 | $350.00 | $0.00 | $350.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 02/01/2018 | 53.00 | $0.00 |
| 07/01/2022 | Paid to Date | $23,222.00 |
| 08/01/2022 | 1.00 | $495.00 |
| 09/01/2022 | 29.00 | $457.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,847.00 |
| Total paid to creditors this period: | $4,068.88 |
| Undistributed Funds on Hand: | $835.40 |
| Arrearages: | ($495.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**