Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 18−11548−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Vanessa H. Douglass
 65 East Collings Ave.
 Collingswood, NJ 08108

Social Security No.:
 xxx−xx−3777

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:  July 11, 2023
Time:  10:00 AM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*101* − Certification in Opposition to Certification of Default (related document:100 Creditor's Certification of Default filed by Jason Brett Schwartz on behalf of Shellpoint Mortgage Servicing as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust. Objection deadline is 06/13/2023. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order # 4 Certificate of Service) (Schwartz, Jason). Related document(s) 67 Order (Generic). Modified on 5/31/2023 (lgr). filed by Creditor Shellpoint Mortgage Servicing as Servicer for US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust) filed by Ellen M. McDowell on behalf of Vanessa H. Douglass. (Attachments: # 1 Certificate of Service) (McDowell, Ellen)

and transact such other business as may properly come before the meeting.


Dated: June 13, 2023
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk